**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**DON-LEE GRAYSON,**

                **Plaintiff,**                9:16-cv-1118
                                                         (GLS/ATB)

              v.

**C.O. COURTNEY et al.,**

                **Defendants.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR PLAINTIFF:** | |
| DON-LEE GRAYSON | |
| Pro Se | |
| 14-A-3599 | |
| Washington Correctional Facility | |
| Box 180 | |
| 72 Lock 11 Lane | |
| Comstock, NY 12821 | |
| | |
| **FOR DEFENDANTS:** | |
| *C.O. Jaquish* | |
| HON. ERIC T. SCHNEIDERMAN | RACHEL M. KISH |
| New York State Attorney General | Assistant Attorney General |
| The Capitol | |
| Albany, NY 12224 | |
| | |
| *C.O. Courtney* | NO APPEARANCE |

**Gary L. Sharpe
Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on August 22, 2017. (Dkt. No. 39.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 39) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant C.O. Jaquish's motion to dismiss (Dkt. No. 35) is **GRANTED IN PART** and **DENIED IN PART** as follows:

**GRANTED** to the extent that any claim for damages against him in his official capacity is dismissed with prejudice; and

**DENIED** in all other respects without prejudice to the submission of a properly supported summary judgment motion; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

September 14, 2017
Albany, New York

Gary L. Sharpe
U.S. District Judge