**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DON-LEE GRAYSON,**

                    **Plaintiff,**                9:16-cv-1118
                                                                   (GLS/ATB)
                       **v.**

**C.O. COURTNEY et al.,**

                    **Defendants.**

**APPEARANCES:**                            **OF COUNSEL:**

**FOR PLAINTIFF:**
DON-LEE GRAYSON
Plaintiff *Pro Se*
14-A-3599
Washington Correctional Facility
Box 180
72 Lock 11 Lane
Comstock, New York 12821

**FOR DEFENDANTS:**
HON. LETITIA JAMES              ERIK BOULE PINSONNAULT
New York Attorney General        Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

## **ORDER**

      The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Andrew T. Baxter duly filed on

December 3, 2018. (Dkt. No. 54.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 54) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant C.O. Jaquish's motion for summary judgment (Dkt. No. 52) is **GRANTED**; and it is further

**ORDERED** that the only remaining claim in plaintiff's amended complaint is **DISMISSED WITH PREJUDICE** against defendant C.O. Courtney; and it is further

**ORDERED** that plaintiff's amended complaint (Dkt. No. 27) is **DISMISSED** in its entirety; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

January 4, 2019
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge